1228

CINCINNATI BAR ASSOCIATION *v.* HAAS.

[Cite as *Cincinnati Bar Assn. v. Haas* (2000), 88 Ohio St.3d 1228.]

(No. 98–378—Submitted and decided January 12, 2000.)

For earlier case, see *Cincinnati Bar Assn. v. Haas* (1998), 84 Ohio St.3d 85, 702 N.E.2d 59.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.